**IT IS ORDERED as set forth below:**

**Date: May 13, 2020**

_____

**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | **CASE NUMBER:** |
| **TANESHA MONE WALKER,** | : | |
| | : | **20-63718-SMS** |
| Debtor. | : | |
| _____ | : | CHAPTER 13 |

## ORDER GRANTING MOTION TO EXTEND TIME

Before the Court is the document, filed by *pro se* debtor Tanesha Mone Walker ("Debtor"), which the Court construes as a Motion to Extend Time (the "Motion," Doc. 19). Debtor filed a voluntary petition for relief under chapter 13 on March 2, 2020. (Doc. 1). The Court entered an *Order Setting Deadlines for Debtor to Correct Filing Deficiencies* (the "Order," Doc. 6) on March 3, 2020. The Order set a deadline of March 16, 2020 for Debtor to file Debtor's Statement of Financial Affairs; Schedules A/B through J; Summary of Assets and Liabilities; Declaration About Debtors Schedules; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period and, if applicable, Chapter 13 Calculation of Your Disposable Income; Chapter 13 Plan; and Pay Advices (the "Documents," Doc. 6).

Debtor filed her first Amended Motion to Extend Time to File Necessary Papers on March 16, 2020. (Doc. 10). The Court entered an *Order Granting Debtor's Motion to Extend Time to File Documents* on March 17, 2020, which extended the deadline to April 9, 2020. (Doc. 11). On April 10, 2020, Debtor filed her second Motion to Extend Time to File Schedules. (Doc. 16). The Court granted that motion on April 13, 2020, extending the deadline to May 8, 2020. (Doc. 17). On May 12, 2020, Debtor filed the instant Motion requesting a 14-day extension to file the Documents for the third time since the filing of the bankruptcy case. (Doc. 19).

Having reviewed the Motion and the docket in this case and noting that the meeting of creditors has been re-scheduled to be held telephonically on June 16, 2020, the Court is inclined to extend the filing deadline.

Further, in light of the developing issues concerning the COVID-19 virus and the recommendations of the Centers for Disease Control, the Court has developed temporary alternative filing methods that *pro se* parties may utilize. Specifically, pursuant to General Order 34-2020 (attached), Debtor may mail the Documents to the Court at the address listed below, fax them to the Court at the number listed below, or email them to the Court at the email address listed below. If Debtor elects to use one of these alternate filing options, Debtor must include Debtor's full name, email address, phone number, and the case number in the body of the email, fax, or letter. Additionally, all original signed documents must be mailed to the Court and **received** within **14 days** of the submission. Further, regardless of the filing method employed by Debtor, Documents must still be **received** by the Court by the date listed below.

Accordingly, it is

**ORDERED** that the Motion is **GRANTED.** The deadline to file the Documents is extended to **May 27, 2020.** Failure to do so may result in dismissal of this case without further

notice or hearing.

The Clerk of Court shall serve a copy of this Order on Debtor, the chapter 13 trustee, and the United States trustee.

**END OF DOCUMENT**

\*\* **Mailing Address**

UNITED STATES BANKRUPTCY COURT
1340 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
ATLANTA, GA 30303

\*\* **Email Address** \*                               **\*Fax Number**

emergencyfiling@ganb.uscourts.gov            (470) 372-4591

**Filed in U.S. Bankruptcy Court**
**Atlanta, Georgia**

MAR 2 5 2020


Regina Thomas, Clerk
By: _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: : : **INTERIM BANKRUPTCY FILING PROCEDURES FOR PARTIES NOT REPRESENTED BY AN ATTORNEY** : : : | **GENERAL ORDER 34-2020** |

In response to the spread of the Coronavirus Disease 2019 (COVID-19), a public health emergency has been declared by the Executive Branches of the United States and the State of Georgia. In recognition of recommendations by The Center for Disease Control and other public health agencies that social distancing measures are the most effective way to prevent the rapid spread of COVID-19, and in the interest of public safety and access to justice, the Court has made certain operational changes to allow parties not represented by counsel ("pro se parties") to minimize travel from their homes and contact with other persons.

### Status of Clerk's Offices

Atlanta and Newnan Divisions:
At this time, the intake counters in the Atlanta and Newnan offices are open and may accept filings for cases throughout the Northern District of Georgia. The public hours for these offices are 8:00AM through 4:00PM.

Rome and Gainesville Divisions:
The intake counters in the Rome and Gainesville Divisions are closed through March 31, 2020. It is expected that both offices will reopen to the public on April 1, 2020 with public hours of 8:00AM through 4:00PM. Drop boxes and instructions about submitting documents are located outside the Clerk's office in each location. No payments of any kind (cash, money order or check) should be placed in the drop boxes.

**Filing Options for Pro Se Parties**
1. Pro se parties may file papers with the Court in the following ways:

    a. <u>By U.S. mail to the Atlanta office at</u>:
       United States Bankruptcy Court
       1340 United States Courthouse
       75 Ted Turner Drive SW
       Atlanta, Georgia 30303

    b. <u>By hand delivery to any of the Court's offices</u> located in Atlanta, Newnan, Rome or Gainesville, if open to the public. Please check the Court's website for the status of each office at www.ganb.uscourts.gov.

    c. <u>By email using emergencyfiling@ganb.uscourts.gov.</u> Your email containing the .pdf documents to be submitted must include your full name, email address, phone number and case number if one has been assigned. All original signed documents submitted by email must be mailed to the Court at 1340 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 and received within 14 days of submission.

    d. <u>By fax using (470) 372-4591</u>. Your fax must include your full name, email address, phone number and case number if one has been assigned. All original signed documents submitted by fax must be mailed to the Court at 1340 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 and received within 14 days of submission.

    e. <u>Fillable Form</u>: A pro se filer may file a new bankruptcy petition in the ways listed above or by completing and submitting a fillable form of the voluntary petition and B121 Statement of Social Security Number both available here (**https://www.ganb.uscourts.gov/sites/default/files/emergencypetitiondocuments.pdf**). All original signed documents must be mailed to the Court at 1340 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia 30303 and received within 14 days of submission.

2. Driver's License or Other Government Issued ID Required

    All bankruptcy petitions, whether hand delivered, submitted by U.S. mail, fax, email or .pdf fillable form must be accompanied by a copy of the driver's license(s) of the debtor(s) or other form of government issued ID.

3. Documents submitted via hand delivery, email, fax or, pdf fillable form:

    a. A new voluntary petition is deemed filed as of the date and time it is emailed, faxed or submitted to the Court unless you are informed otherwise. A document containing the case number assigned to your petition will be provided to you as soon as possible.

    b. All papers other than a voluntary petition are deemed received for the purpose of identification and review. You will receive confirmation from the Clerk of Court when the document is filed or if some other action is taken. Documents electronically transmitted for filing after 4 PM Monday through Friday will be deemed received for the purpose of identification and review the next business day.

4. All required filing fees shall be mailed to the Atlanta Division in the form of either money order or cashier's check. Payment must be received within 14 days of submission and must include your name, address, phone number and case number if one has been assigned. Mail payments to:

> United States Bankruptcy Court
> 1340 United States Courthouse
> 75 Ted Turner Drive SW
> Atlanta, Georgia 30303

5. If the required fees, identification or original signed documents are not received within the times specified above, the Court will issue a deficiency notice and further action will be taken in accordance with BLR 1006-2, BLR 1017-1 and Order Regarding Unpaid Fees.

6. The CM/ECF filing system remains available to all registered users.

7. The electronic proof of claim system (ePOC) remains available to creditors at www.ganb.uscourts.gov.

8. For general inquiries about these procedures, Clerk's Office staff may be reached at 404-215-1000 or info@ganb.uscourts.gov

9. **The effective date of this Order is 12:01AM, March 26, 2020.** The Court will vacate or amend this Order as necessary and appropriate. This Order is not intended to alter or limit any similar relief provided by any other order or authority, but rather is intended to provide alternative relief.

**SO ORDERED** this 25th day of March, 2020.

*/s/ Wendy L. Hagenau*
WENDY L. HAGENAU, CHIEF JUDGE
United States Bankruptcy Judge
For the Court